

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
Attorney

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

January 20, 2020

Hon. Paul A. Engelmayer
U.S. District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

    Re: *Jasmine Colon, individually and on behalf of all others similarly situated v. Pressler, Felt, & Warshaw, LLP f/k/a Pressler & Pressler, LLP,* 19-cv-10174

Dear Judge Engelmayer:

Please be advised that this office represents the defendant in the above-captioned matter. This letter is written to request an adjournment of the initial conference, scheduled for February 6, 2020.

I will be away from the State of New York from February 3 through February 7, 2020, attending a business conference. I have discussed this issue with plaintiff's counsel and we have agreed to request that this matter be rescheduled for February 11th, 13, or 14th.

This is a first request to adjourn the initial conference and is made with consent of opposing counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/sk

    Granted. The initial conference is adjourned until February 14, 2020 at 10:00 a.m.

SO ORDERED.

*Paul A. Engelmayer*  1/21/2020
PAUL A. ENGELMAYER
United States District Judge

Cell: (845) 548-2213 | Fax: (845) 499-2992 | 30 South Main Street | New City, NY 10956 | bn-lawyers.com