UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMIN COLON, *individually and on behalf of all others similarly situated*,<br><br>                                              Plaintiff,<br>                        -v-<br><br>PRESSLER, FELT & WARSHAW, LLP,<br><br>                                              Defendant. | 19 Civ. 10174 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

A case management conference in this case is scheduled for **July 16, 2020 at 11:30 a.m.** Dkt. 18. In light of the public health situation, this conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

If the parties have resolved this matter, they are to promptly notify the Court via letter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2020
           New York, New York