UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMIN COLON,

                                Plaintiff,

-v-

PRESSLER, FELT & WARSHAW, LLP,

                                Defendant.

19 Civ. 10174 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed in today's conference, the Court instructs counsel to confer about the potential for settlement. Plaintiff is to file a letter by July 23, 2020, advising the Court whether she intends to continue to pursue the case. If so, defendant's motion for summary judgment will proceed with the following deadlines:

- Defendant's opening brief in support of its motion for summary judgment is due August 6, 2020;
- Plaintiff's brief in opposition to defendant's motion is due August 20, 2020; and
- Defendant's reply brief is due August 27, 2020.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: July 16, 2020
         New York, New York